NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BARBARA ANNE WRAY,                )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D19-2988
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and
Susan M. Shanahan, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.